# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 3:04 pm, Jun 16, 2020

ROSEA JACKSON,

    Plaintiff,

v.

TRUEACCORD CORP. and LVNV FUNDING, LLC,

    Defendants.

No. 220-CV-047

### ORDER

Before the Court is Plaintiff's Notice of Settlement wherein Plaintiff notifies the Court that the parties have reached a settlement of this case. Dkt. No. 4. Plaintiff requests that all deadlines and appearance obligations be stayed while the parties finalize settlement arrangements. Plaintiff's motion is **GRANTED**. Scheduling deadlines are **STAYED** until further order of the Court. The parties are **ORDERED** to file a dismissal or a status report of their settlement efforts on or before August 14, 2020.

**SO ORDERED**, this 16 day of June, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)