FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:06 pm, Aug 13, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

ROSEA JACKSON,

    Plaintiff,

v.

TRUEACCORD CORP. and
LVNV FUNDING, LLC,

    Defendants.

No. 220-CV-047

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 6, wherein she states her intention to dismiss this case with prejudice. Defendants having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 13 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA